**Donald D. duBoulay**　　　　　　　　　　305 Broadway, Suite 602
　Attorney at Law　　　　　　　　　　　　　New York, NY 10007

Telephone: (212) 966-3970
Fax:　　　(212) 941-7108
E-mail:　　dondubesq@aol.com

July 10, 2017

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 pearl Street
New York, New York 10007

Re: United States v. Clement Boateng
　　16 Cr. 710 (WHP)

Dear Judge Pauley:

　　I write to request a modification of the Judgment in the aforementioned matter pursuant to Crim. R. Proc.35 (a). In the Judgment dated June 27, 2017, the court ordered that Mr. Boateng comply with the Sex Offender Registration and Notification act. (42 U.S.C. § 16901) and register as a sex offender.

　　Mr. Boateng was convicted of being a felon in possession of a weapon (18 U.S.C. 922), a case having no relation to predatory sex. Therefore it is respectfully requested that the Court amend the Judgment in this case to remove the mandatory condition that Mr. Boateng register as a sex offender as a result of the conviction in this case.

　　If the Court has any questions I may be reached at (212) 966-3970.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Donald duBoulay , Esq.

---

The Court has reviewed the Judgment dated June 27, 2017, ECF No. 21. The Judgment does not require Mr. Boateng to comply with the Sex Offender Registration and Notification Act. Defendant's request is DENIED without prejudice pending further proof that Mr. Boateng is subject to such a provision.

October 19, 2023　　　　　　　　　　　　　　　　　　　　SO ORDERED