UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,                            :

                                                                                         :   16 Cr. 710 (PAC)

       - against -                                                       :

                                                                                        :   **ORDER**

CLEMENT BOATENG,                                             :

       *Defendant.*                                                        :
------------------------------------------------------------------X

On May 21, 2018, Defendant Clement Boateng moved for a reduction of his sentence pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 25. Due to administrative error, his motion was never resolved. On October 27, 2023, this Court gave notice to Boateng that it would construe his motion as a petition pursuant to 28 U.S.C. § 2255 and gave him thirty days to withdraw his motion if he so desired. ECF No. 30. Boateng has not responded to the Court's October Order. Accordingly, the Court construes Boateng's motion pursuant to 28 U.S.C. § 2255. The Court now Orders the Government to reply to Defendant's 28 U.S.C. § 2255 motion for a reduction of his sentence within thirty (30) days of the date of this Order.

Dated: New York, New York
          January 4, 2024

SO ORDERED

_____
HONORABLE PAUL A. CROTTY
United States District Judge

1